**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X
TREY GREENE,

           Plaintiff,

V.

ZAC PRINCE, et al,

           Defendants.
-------------------------------------------------------------------------X

Case Number: 2:23-CV-01165-KM-LDW

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                       S.S.
COUNTY OF NEW YORK)

**ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 14th day of March, 2023, at approximately 3:18pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE and CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** upon **GEMINI TRADING, LLC** c/o CT Corporation at 28 Liberty Street, New York, NY 10005, by personally delivering and leaving the same with **CARLOS BOBE,** who informed deponent that he holds the position of an Intake Specialist with that company and is authorized by appointment to receive service at that address.

**CARLOS BOBE** is a tan Hispanic male, approximately 48 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 250 pounds with black hair and dark eyes.

_____
ROBERT MILLS, #1004298

Sworn to before me this
16th day of March, 2023

NOTARY PUBLIC
JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

# 287870
D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com