**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Charles M. Jones II, Esq. (admitted *pro hac vice*)
Aimee M. Furness (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
charlie.jones@haynesboone.com
aimee.furness@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

|  |  |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| BLOCKFI INC., BLOCKFI TRADING, LLC, BLOCKFI LENDING LLC, BLOCKFI WALLET LLC, BLOCKFI VENTURES LLC, BLOCKFI INTERNATIONAL LTD., BLOCKFI INVESTMENT PRODUCTS LLC, BLOCKFI SERVICES, INC. and BLOCKFI LENDING II LLC,<br><br>Plaintiff,<br><br>-against-<br><br>TREY GREENE AND ANTONIE ELAS,<br><br>Defendants. | Adv. Pro. No. 23-1071 (MBK) |

## AGREED STIPULATION AND
## ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

April 6, 2023    So Ordered:

MICHAEL B. KAPLAN, USBJ

1

(Page 2)
Debtors: BlockFi Inc.
Case No. 23-1071 (MBK)
Caption of Order: AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF

The relief set forth on the following pages, numbered three (3) through eight (8), is hereby ORDERED.

(Page 3)
Debtors:          BlockFi Inc.
Case No.          23-1071 (MBK)
Caption of Order: AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF

  This Stipulation (the "Stipulation") is entered into by and among the undersigned counsel, acting for and on behalf of their respective clients: (a) BlockFi Inc., BlockFi Trading LLC, BlockFi Lending LLC, BlockFi Wallet LLC, BlockFi Ventures LLC, BlockFi International Ltd., BlockFi Investment Products LLC, BlockFi Services, Inc., and BlockFi Lending II LLC, the debtors and debtors-in-possession, and their respective bankruptcy estates (each a "Debtor" and together, the "Debtors"); (b) Trey Greene ("Greene"), plaintiff in the action styled *Trey Greene v. Zac Prince, Flori Marquez, Tony Laura, Jennifer Hill and Gemini Trading, LLC*, Case No. 2:23-cv-01165-KM-LDW pending in the United States District Court for the District of New Jersey (the "Greene Action"); and (c) Antonie Elas ("Elas"), plaintiff in the action styled *Antonie Elas v. Zac Prince, Flori Marquez, Amit Cheela, David Olsson, and Samia Bayou*, Case No. 1:23-cv-10472-IT pending in the United States District Court for the District of Massachusetts (the "Elas Action") (Greene and Elas are, together, the "Adversary Defendants"). The Debtors and the Adversary Defendants are referenced in this Stipulation each individually as a "Party" and collectively as the "Parties."

  WHEREAS, on November 27, 2022, each Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"), and Debtors' bankruptcy cases are being jointly administered under Case No. 22-19361 (MBK) the ("Chapter 11 Cases");

  WHEREAS, Debtors filed their *Motion to Extend the Automatic Stay or, in the alternative, for Injunctive Relief Enjoining the Prosecution of Certain Pending Litigation*, Certification and Memorandum of Law, Docket No. 4 (the "Motion") seeking injunctive relief

3

(Page 4)
Debtors: BlockFi Inc.
Case No. 23-1071 (MBK)
Caption of Order: AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF

prohibiting the Adversary Defendants from continuing to prosecute the Greene Action and the Elas Action (together, the "PSLRA Actions");

WHEREAS, Debtors filed their *Request for Order to Show Cause with Temporary Restraints*, Certification, and Memorandum of Law, Docket No. 6 (the "TRO Request"), seeking temporary injunctive relief prohibiting the Adversary Defendants from continuing to prosecute the PSLRA Actions;

WHEREAS, the Court held a hearing in open court on the TRO Request on March 23, 2023, and counsel for Debtors and counsel for the Adversary Defendants both attended. Following the hearing, the Court entered its *Order to Show Cause with Temporary Restraints*, Docket No. 10 (the "TRO Order") temporarily enjoining the Adversary Defendants from continuing to prosecute the PSLRA Actions;

WHEREAS, the TRO Order expires by its terms on April 20, 2023;

WHEREAS, a hearing in this Court on Debtors' Motion and associated request for a preliminary injunction extending and expanding the injunctive relief granted in the TRO Order is set for April 18, 2023, at 11:30 A.M. EDT.

WHEREAS, the Parties agree, as evidenced by the signatures of their respective counsel below on this Stipulation, that entry of an order of this Court approving this Stipulation and implementing and effecting its terms is in the best interest of all Parties; and

WHEREAS, the Parties have entered into this Stipulation and have agreed to be bound by its terms, subject to approval by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON COURT APPROVAL, IT IS ORDERED THAT:

| | |
|---|---|
| (Page 5) | |
| Debtors: | BlockFi Inc. |
| Case No. | 23-1071 (MBK) |
| Caption of Order: | AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF |

1. The Motion is GRANTED to the extent set forth herein and the Adversary Proceeding is resolved in favor of Debtors as set forth below.

2. This Stipulation shall be immediately effective and enforceable upon its entry. Further, this Stipulation shall be promptly filed in the Clerk of Court's office and entered into the record, and, except as the Court may otherwise determine, it shall remain effective for the period through and including 30 days after the effective date of a confirmed plan of reorganization in the Chapter 11 Cases (the "Effective Period").

3. Except as expressly set forth below in this Stipulation, Greene and Elas are prohibited and enjoined, pursuant to §§ 105 and 362 of the Bankruptcy Code, from continuing to prosecute the PSLRA Actions during the Effective Period. This injunction includes, without limitation: (a) service of summons in the PSLRA Actions; (b) the pursuit of discovery; (c) the enforcement of any discovery order; and (d) any motions practice related to the PSLRA Actions except for the initial filing of the lead plaintiff/lead counsel motions provided for in the PSLRA (as outlined in Paragraph 5 below). If a District Court in one or both of the PSLRA Actions orders either of the Adversary Defendants to serve process on any or all of the PSLRA Defendants, then the Adversary Defendants shall bring such order to the attention of this Bankruptcy Court and shall maintain the right to seek to lift the stay for that limited purpose.

4. Declaratory judgment is hereby granted in favor of the Debtors and against the Adversary Proceeding Defendants declaring that any attempt to prosecute the PSLRA Actions during the Effective Period—except as expressly set forth herein—will constitute an act to exercise control over property of the Debtors' estates, and therefore is prohibited by the automatic stay pursuant to §§ 362(a)(1) and 362(a)(3) of the Bankruptcy Code.

(Page 6)
Debtors:            BlockFi Inc.
Case No.            23-1071 (MBK)
Caption of Order:   AGREED STIPULATION AND ORDER GRANTING PRELIMINARY
                    INJUNCTION AND RELATED RELIEF

5.  Notwithstanding paragraphs 1 through 4 above of this Stipulation, the automatic stay in the Chapter 11 Cases is lifted consistent with paragraph 3 above solely to allow the Adversary Defendants and other potential lead plaintiffs to file motions for appointment of lead plaintiffs in the PSLRA Actions pursuant to 15 U.S.C. § 78u-4. All other actions and proceedings in or regarding the PSLRA Actions (including any responses to motions for appointment of lead plaintiffs, or any motions for consolidation or transfer) remain enjoined and stayed pursuant to this Stipulation.

6.  During the Effective Period, the Parties stipulate and agree the defendants in the PSLRA Actions (collectively, the "PSLRA Defendants") shall have no obligation to (a) answer or otherwise respond to the complaints in the PSLRA Actions or (b) take any other action in or with respect to the PSLRA Actions. A proposed order, agreed to by the Adversary Defendants, is attached hereto as Exhibit "A" (the "Proposed Answer Extension Order"). The Adversary Defendants will file the Proposed Answer Extension Order in their respective PSLRA Actions.

7.  Nothing in this Stipulation determines any of the following:

   a.  the ownership of any claims asserted in the PSLRA Actions, including any potential derivative claims or claims that otherwise potentially belong to the Debtors or their bankruptcy estates;

   b.  the potential terms of any plan of reorganization in the Chapter 11 Cases;

   c.  the merits or validity of any claims or allegations asserted in the PSLRA Actions;

   d.  any other issue not expressly addressed in this Stipulation; and

| | |
|---|---|
| (Page 7) | |
| Debtors: | BlockFi Inc. |
| Case No. | 23-1071 (MBK) |
| Caption of Order: | AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF |

  e. all Parties' respective rights, if any, with respect to each of the foregoing are fully reserved by and to the Parties for all purposes.

  8. By stipulating that the initial lead plaintiff filings may proceed in the PSLRA Actions as set forth above, Debtors and the PSLRA Defendants have not waived any rights or acquiesced to the proceedings in the PSLRA Actions in any way. Nothing in this Stipulation constitutes a waiver of any kind by the Debtors, the Adversary Defendants, or the PSLRA Defendants. The Adversary Defendants agree that the PSLRA Defendants, when and if they are required to appear in the PSLRA Actions, shall have the right to assert any and all defenses, including personal jurisdiction, venue, arbitration, the right to seek transfer or consolidation, the right to initiate MDL proceedings, and any other motions or defenses of whatever kind. The Adversary Defendants hereby waive any claim that any of those defenses have been waived or otherwise compromised by this stipulation.

  9. Pursuant to Bankruptcy Rule 7065, Debtors are relieved from posting any security in connection with this Stipulation pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, as provided in Rule 7065 of the Federal Rules of Bankruptcy Procedure.

  10. The Adversary Defendants are authorized and directed to file this Order in the PSLRA Actions.

  11. The Court shall have exclusive jurisdiction over this Stipulation and any and all matters arising from or relating to the implementation, interpretation, or enforcement of this Stipulation.

| | |
|---|---|
| (Page 8) | |
| Debtors: | BlockFi Inc. |
| Case No. | 23-1071 (MBK) |
| Caption of Order: | AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF |

12.     Any Party or non-party may seek relief from, or modification of, this Stipulation or any provision of this Stipulation by properly noticed motion filed in writing with the Court and only for good cause shown.

13.     This Stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original and electronic signatures shall be deemed original signatures.

(Page 9)
Debtors: BlockFi Inc.
Case No. 23-1071 (MBK)
Caption of Order: AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF

**AGREED TO BY:**

**COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*

Michael D. Sirota (NJ Bar No. 014321986)
Warren A. Usatine (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000

**HAYNES and BOONE LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Charles M. Jones II, Esq. (admitted *pro hac vice*)
Aimee M. Furness, Esq. (admitted *pro hac vice)*
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300

**KIRKLAND & ELLIS LLP**
Joshua Sussberg, P.C. (admitted *pro hac vice*)
Christine Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800

*Counsel to the Debtors*

9

(Page 10)
Debtors:          BlockFi Inc.
Case No.          23-1071 (MBK)
Caption of Order: AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF

**AGREED TO BY:**

**SQUITIERI & FEARON, LLP**

*[signature]*

Olimpio Lee Squitieri
305 Broadway
7th Floor
New York, New York 10007
(212) 421-6492
lee@sfclasslaw.com

**MOORE KUEHN, PLLC**
Fletcher Moore
Justin Kuehn
30 Wall Street, 8th Floor
New York, New York 10005
(212) 709-8245
fmoore@moorekuehn.com
jkuehn@moorekuehn.com

*Attorneys for Greene*

10

(Page 11)
Debtors: BlockFi Inc.
Case No. 23-1071 (MBK)
Caption of Order: AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF

**AGREED TO BY:**

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/ Gregg M. Fishbein*

Gregg M. Fishbein
Stephen J. Teti
100 Washington Ave. S, Suite 220
Minneapolis, MN 55401
(612) 596-4000
gmfishbein@locklaw.com
sjteti@locklaw.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin
Noah L. Cozad
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
ncozad@2gustafsongluek.com

**SCOTT HIRSCH LAW GROUP PLLC**
Scott David Hirsch
6810 N. State Road 7
Coconut Creek, Florida 33073
(561) 569-7062
scott@scotthirschlawgroup.com

**ISQUITH LAW PLLC**
Fred T. Isquith, Sr.
Fred T. Isquith, Jr.
220 East 80th Street
New York, New York 10075
(607) 277-6513
isquithlaw@gmail.com

*Attorneys for Elas*

**COTCHETT, PITRE & MCCARTHY, LLP**
Adam J. Zapala
Gayatri S. Raghunandan
840 Malcolm Road
Burlingame, California 94010
(650) 697-6000
azapala@cpmlegal.com
graghunandan@cpmlegal.com

Alexander E. Barnett
40 Worth Street
New York, New York 10013
(212) 201-6820
abarnett@cpmlegal.com

**VITA LAW OFFICES, P.C.**
Richard Vita
100 State Street, Suite 900
Boston, Massachusetts 02109
(617) 426-6566
rjv@vitalaw.com

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated, § § § § Plaintiff, § § vs. § § ZAC PRINCE, FLORI MARQUEZ, § TONY LAURA, JENNIFER HILL and § GEMINI TRADING, LLC § § Defendants. | Case No. 2:23-cv-01165-KM-LDW |

### ORDER REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND

ON THIS DAY, the Court considered the Stipulation filed by Plaintiff.

Upon consideration, the Court finds that the Stipulation has merit.

It is therefore ORDERED that Defendants in this matter during the time this case is stayed pursuant to the Agreed Stipulation and Order Granting Preliminary Injunction and Related Relief in *BlockFi, Inc. et al. v. Trey Greene and Antonie Elas*, Adv. Pro. No. 23-1071 in the Bankruptcy Court for the District of New Jersey shall not be required to answer or otherwise respond to Plaintiff's Complaint.

Signed this _____ day of _____ 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIE ELAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ZAC PRINCE, FLORI MARQUEZ, AMIT CHEELA, DAVID OLSSON, and SAMIA BAYOU,<br><br>Defendant(s) | Case No. 1:23-cv-10472-IT |

**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, Plaintiff commenced this action by filing a complaint on March 1, 2023 (the "Complaint");

WHEREAS, on March 13, 2023, various BlockFi Inc. entities (the "Debtors") filed suit in the bankruptcy proceeding *In re: BlockFi Inc., et al.*, No. 22-19361 (D.N.J. Bankr.) (the "Bankruptcy Court"), naming Plaintiff and a plaintiff in another matter as adversary defendants (*see* ECF No. 5);

WHEREAS, on March 23, 2023, the Bankruptcy Court issued a Temporary Restraining Order prohibiting Plaintiff from continuing to prosecute the above-captioned lawsuit (*see id.*);

WHEREAS, on April __, 2023, the Bankruptcy Court entered an Agreed Stipulation and Order Granting Preliminary Injunction and Related Relief (*see* ECF No. __);

**[PROPOSED] ORDER REGARDING DEFENDANTS'**
**TIME TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, the Agreed Stipulation and Order entered by the Bankruptcy Court, *inter alia*, orders that the defendants in the above-captioned action "shall have no obligation to (a) answer or otherwise respond to the complaints in [the above-captioned action] or (b) take any other action in or with respect to the PSLRA Actions, and requires Plaintiff to file this [Proposed] Order in this action (*see id.* at ¶ 6);

ACCORDINGLY, the Court considered the Stipulation filed by Plaintiff:

Defendants in this matter, during the time this case is stayed pursuant to the Agreed Stipulation and Order Granting Preliminary Injunction and Related Relief in *BlockFi, Inc. et al. v. Trey Greene and Antonie Elas*, Adv. Pro. No. 23-1071 (D.N.J. Bankr.), shall not be required to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED:**

Dated: _____, 2023

_____
**Hon. Indira Talwani**
**U.S. District Court Judge**