Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: BlockFi Inc.
Debtor

Case No.: 22–19361–MBK
Chapter 11

BlockFi Inc.
Plaintiff

v.

Trey Greene
Defendant

Adv. Proc. No. 23–01071–MBK    Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 6, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 16 – 4, 6, 10
AGREED STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION AND RELATED RELIEF (related document:4 Motion re: to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Filed by BlockFi Inc., BlockFi International Ltd., BlockFi Investment Products LLC, BlockFi Lending II LLC, BlockFi Lending LLC, BlockFi Services, Inc., BlockFi Trading, LLC, BlockFi Ventures LLC, BlockFi Wallet LLC.Hearing scheduled for 4/19/2023 at 10:00 AM at MBK – Courtroom 8, Trenton. (Attachments: # 1 Certification of Mark A. Renzi in Support of Debtors' Motion # 2 Exhibit (s) A – O to Certification of Mark A. Renzi # 3 Memorandum of Law in Support of Debtors' Motion # 4 Proposed Order Granting Preliminary Injunction and Related Relief) filed by Plaintiff BlockFi Inc., Plaintiff BlockFi Lending LLC, Plaintiff BlockFi Wallet LLC, Plaintiff BlockFi Ventures LLC, Plaintiff BlockFi International Ltd., Plaintiff BlockFi Investment Products LLC, Plaintiff BlockFi Services, Inc., Plaintiff BlockFi Lending II LLC, Plaintiff BlockFi Trading, LLC, 6 Application for Order to Show Cause re: Injunctive Relief Filed by BlockFi Inc., BlockFi International Ltd., BlockFi Investment Products LLC, BlockFi Lending II LLC, BlockFi Lending LLC, BlockFi Services, Inc., BlockFi Trading, LLC, BlockFi Ventures LLC, BlockFi Wallet LLC. (Attachments: # 1 Certification of Counsel in Support of Request for Entry of an Order to Show Cause with Temporary Restraints Pursuant to F.R.B.P. 7065 and F.R.C.P. 65(b)(1)(B) # 2 Memorandum of Law in Support of Debtors' Request for Order to Show Cause with Temporary Restraints) filed by Plaintiff BlockFi Inc., Plaintiff BlockFi Lending LLC, Plaintiff BlockFi Wallet LLC, Plaintiff BlockFi Ventures LLC, Plaintiff BlockFi International Ltd., Plaintiff BlockFi Investment Products LLC, Plaintiff BlockFi Services, Inc., Plaintiff BlockFi Lending II LLC, Plaintiff BlockFi Trading, LLC, 10 ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS (Related Doc 6). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 3/23/2023. Preliminary Injunction hearing to be held on 4/19/2023 at 10:00 AM at MBK – Courtroom 8, Trenton. (wiq)).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/6/2023 (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 6, 2023
JAN: wiq

                                      Jeanne Naughton
                                      Clerk