IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC<br><br>Defendants. | Case No. 2:23-cv-01165-KM-LDW |

### ORDER REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND

ON THIS DAY, the Court considered the Stipulation filed by Plaintiff.

Upon consideration, the Court finds that the Stipulation has merit.

It is therefore ORDERED that Defendants in this matter during the time this case is stayed pursuant to the Agreed Stipulation and Order Granting Preliminary Injunction and Related Relief in *BlockFi, Inc. et al. v. Trey Greene and Antonie Elas*, Adv. Pro. No. 23-1071 in the Bankruptcy Court for the District of New Jersey shall not be required to answer or otherwise respond to Plaintiff's Complaint.

Signed this 19th day of April 2023.

/s/ Kevin McNulty
_____
UNITED STATES DISTRICT COURT JUDGE