UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br> v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>        Defendants. | Case No.: 2:23-cv-01165<br><br>**NOTICE OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL PURSUANT TO PSLRA 15 U.S.C. §78u-4(a)(3)(8)** |

PLEASE TAKE NOTICE that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, Movant hereby moves this Court, on a date and at a time to be designated by the Court for an order:

a) appointing Movants to serve as Lead Plaintiff or either Movant as an individual lead plaintiff alone in this action; and

b) approving Movants' selection of Squitieri & Fearon LLP and Moore Kuehn PLLC for co-lead Counsel for the Class.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated May 1, 2023, and (ii) the Declaration of Lee Squitieri in support of the motion (and exhibits).

Dated: April 30, 2023       **SQUITIERI & FEARON, LLP**

                */s/ Lee Squitieri*
                305 Broadway, 7th Floor
                New York, New York 10007
                (212) 421-6492
                lee@sfclasslaw.com

**MOORE KUEHN, PLLC**
Fletcher Moore
Justin Kuehn
30 Wall Street, 8th Floor
New York, New York 10005
(212) 709-8245
fmoore@moorekuehn.com
jkuehn@moorekuehn.com

*Attorneys for Movant*

2