## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>                              Defendants. | Case No.: 2:23-cv-01165 |

### DECLARATION OF LEE SQUITIERI IN SUPPORT OF THE MOTION PURSUANT TO PSLRA 15 U.S.C. §78u-4(a)(3)(B) FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Lee Squitieri, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Squitieri & Fearon, LLP.  We are counsel for the Plaintiff.  I submit this declaration in support of the motion for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of their selection of Squitieri & Fearon, LLP and Moore Kuehn PLLC as Lead Counsel for the class.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    PSLRA Notice;

Exhibit B:    Verifications of Plaintiff and Movant with Statement of Losses;

Exhibit C:    Firm Resume of Squitieri & Fearon, LLP;

Exhibit D:    Firm Resume of Moore Kuehn PLLC;

Exhibit E:    Proposed Order

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

knowledge.

Executed this 30th day of April, 2023.

*/s/ Lee Squitieri*
Lee Squitieri