# EXHIBIT D



**FIRM RÉSUMÉ**

Founded in January 2017, Moore Kuehn, PLLC, is a complex litigation law firm focusing on plaintiffs. Moore Kuehn has counsel trained at major international law firms with broad experience in a wide range of diverse subject matters including all aspects of civil litigation.

Moore Kuehn has strong, long standing connections with large law firms, experts, and consultants which provide the depth and experiences necessary to handle all aspects of any given case with the utmost skill and expertise. Our founding partners have decades of experience litigating securities class actions, derivative matters, and consumer rights class actions in various state and federal courts, and, at their prior firms have been involved in some of the most notable recoveries and cases of the past decade.

**OUR PRACTICE**

As a litigation specialty law firm, we handle a variety of matters. We deal with every aspect of a dispute in litigation from discovery through trial and appeal. The majority of the practice areas we handle can be summarized in the following categories:

- Class Actions, Securities and Derivative Litigation

- Commercial Litigation

- Personal Injury

A more substantive discussion of each of these areas follows. In order to provide a better picture of the range of matters that we handle, each description is followed by a short list illustrating some of the representative matters we have handled in that area.[1]

**Class Actions, Securities and Derivative Actions**

We have a strong practice litigating claims on behalf of consumers. These matters include claims arising out of student loan servicing, consumer fraud, and other deceptive practices. Our attorneys are also knowledgeable about many issues affecting the public,

---

[1] Any case marked with an * indicates it was worked on by one of Moore Kuehn's founding partners at a firm they were employed at prior to the founding of Moore Kuehn.

# Moore Kuehn

including loyalty programs, the Americans with Disabilities Act, and consumer forced arbitration.

We have a growing securities litigation practice, particularly notable given our recent founding and small size. We represent plaintiffs in securities fraud, mergers and acquisitions, and other cases involving alleged corporate mismanagement, instituting derivative or securities class actions.

## Representative Matters

- ***Chery v. Conduent Education Services, LLC***, No. 1:18-cv-75 (N.D.N.Y. 2018). After successfully appealing under the Pennsylvania Right-to-Know Law, requiring the Pennsylvania Higher Education Assistance Agency to produce certain student loan records, we brought claims on behalf of a class against Conduent Education Services, LLC, *f/k/a* ACS ("ACS"), Access Group, Inc., and Access Funding 2015-1, LLC arising out of ACS's failure to certify loan balances thereby thwarting Federal Direct Consolidation Loan Applications. On May 5, 2021 a class was certified in this matter and Moore Kuehn, PLLC was appointed as co-counsel to the Class. *See Chery v. Conduent Educ. Servs., LLC*, No. 1:18-CV-75, 2021 U.S. Dist. LEXIS 85577 (N.D.N.Y. May 5, 2021). On January 20, 2022, the class was awarded summary judgment on its claim for willful violation of N.Y. GBL § 349. *Chery v. Conduent Educ. Servs., LLC*, No. 1:18-CV-75, 2022 U.S. Dist. LEXIS 10859 (N.D.N.Y. Jan. 20, 2022). This matter is still pending.

- ***Vukosavljevic v. Century 21 Department Stores, LLC***, Case No. 20-1344 (Bankr. S.D.N.Y. 2020). Moore Kuehn, PLLC was appointed co-class counsel in a class action alleging violations of the WARN Act. Class counsel negotiated a $3.2 million settlement in favor of the class and union.

- ***In re Vroom, Inc. Shareholder Derivative Litigation***, No. 21-cv-6933 (S.D.N.Y. 2021). Moore Kuehn, PLLC was appointed by the court as co-lead counsel in the consolidated derivative action on December 2, 2021. This matter is still pending.

- ***In re Ebix Inc. Shareholder Derivative Litigation***, No. 21-cv-4380 (S.D.N.Y. 2021). Moore Kuehn, PLLC was appointed by the court as co-lead counsel in the consolidated derivative action on July 23, 2021. This matter is still pending.

- ***In re Activision Blizzard, Inc. Stockholders Litigation***, No. 8885 (Del. Ch. 2013).* Derivative settlement on eve of trial for $275 million, by far the largest monetary settlement in the history of the Court of Chancery and the largest cash derivative settlement in the country. In addition, settlement provided significant corporate governance benefits to stockholders.

# Moore Kuehn

- ***Sateriale v. R.J. Reynolds Tobacco Co.***, No. 09-8394 (C.D. Cal.).*  After the Ninth Circuit reversed the district court's dismissal of the complaint, and the trial court subsequently denied R.J. Reynolds Tobacco Co.'s ("RJR") motion for summary judgment, certified a California class and denied RJR's motions to reconsider. A settlement agreement, approved by the Court, was reached whereupon RJR agreed to reopen the Camel Cash loyalty program for a period of six months, allowing participants of the program to each redeem up to 3,000 C-Notes in exchange for non-tobacco merchandise commensurate to the non-tobacco products offered by RJR during the lifetime of the program. The parties also agreed that RJR would pay plaintiffs' attorneys' fees and costs.

- ***Frederick J. Grede, not individually, but as Liquidation Trustee and Representative of the Estate of Sentinel Management Group, Inc. v. Cohen & Company Securities, LLC, et al.*** *  Represented broker-dealer specializing in hybrid securities.  The Liquidation Trustee alleged CCS sold Sentinel securities that were unsuitable for Sentinel and that CCS violated Section 10(b) of the Exchange Act and Rule 10(b)5 and made claims of aiding and abetting, breach of fiduciary duty, unjust enrichment and fraudulent transfer.

- ***Hildebrand v. Dentsply International, Inc.***, No. 06-5439. (E.D. Pa. 2006).*  Consumer class action representing putative class of dentists and periodontists asserting claims for breach of warranty and consumer fraud against major manufacturer of dental equipment.

## Commercial Litigation

Our attorneys handle both plaintiff and defense work encompassing all aspects of commercial litigation in traditional forums and through alternate dispute resolution.

Representative Matters

- ***Manhattan Review v. Yun***, No. 14-4046 (2d. Cir. 2017).  Represented entity appellee Manhattan Enterprise Group LLC ("MEG") before the Second Circuit Court of Appeals in a matter concerning fee shifting under the Copyright and Lanham Acts.  Moore Kuehn successfully argued and drafted responding brief for appeal regarding fee shifting standard under Lanhman and Copyright Acts before U.S. Court of Appeals for the Second Circuit.  *See Manhattan Review LLC v Yun*, 919 F.3d 149 (2d Cir. 2019).

- ***Vingt Communications Ltd. v. Sony Music Entertainment***, Case No. 18-cv-5327 (PKC) (S.D.N.Y. 2018).  Defended third-party complaint filed again international musician in complex commercial dispute.  Organized and participated in successful mediation in London, England involving parties from the U.S., Nigeria, and England.

# Moore Kuehn

- ***Sinay v. Schwartzman***, No. 17323/08 (Sup.Ct. Kings.Cnty. 2008).  Represented defendant in a two-day traverse hearing ordered by the Appellate Division, Second Department.  After the hearing it was held that defendant had not been properly served with process, resulting in a judgment of approximately $300,000 being vacated.

- ***Meissner v. Yun***, No. 650913/2012 (Sup.Ct. Ny.Cnty. 2012).  Represented entity counterclaimant in a complex partnership dispute.

- ***Louis Hopper v. Sooner Alarms***, FST-CV-16-5015925-S (Conn. Supr. Ct. 2016).  Represented corporation to validate management election and establish certain member voting rights under Delaware Law.

## Personal Injury

Moore Kuehn focuses on all areas of personal injury litigation. Our personal injury cases can concern a wide range of facts and claims, including dangerous products, defective drugs, medical negligence, food contamination, unsafe work conditions, and automobile accidents.

Representative Matters

- ***Seo v. Gregory***, No. 712279/2017 (Sup.Ct. Qns.Cnty. 2017).  Recovered full insurance policy limits of $489,291.12 to resolve motor vehicle accident lawsuit.  We also obtained a reversal of denial of no-fault coverage resulting in an additional $50,000 of insurance coverage for our client.

- ***McGrath v. Landon***, No. FBT-cv-6066966-S (Conn. Supr. Ct. 2017).  Recovered $145,000 on behalf of two plaintiffs to resolve motor vehicle accident lawsuit.

- **Bernshtein v. Chowdhury, et al.**, No. 190401744 (PA. Comm. Pl. Ct. 2019). Recovered fully insurance policy limits of $150,000 on behalf of plaintiff to resolve moto resolve motor vehicle accident lawsuit.

## OUR ATTORNEYS

**Fletcher Moore**

Mr. Moore focuses his litigation practice in securities, commercial, and personal injury.  He has represented corporations and individuals in cases involving securities, director and officer liability, partnership disputes, consumer class actions, contract disputes, and permanent physical injuries.

# Moore Kuehn

Mr. Moore has handled cases in state and federal courts across Connecticut, New York, New Jersey, and Pennsylvania. He has also been extensively involved in pro bono matters representing multiple prisoners in federal civil rights actions and indigent tenants in housing court.

Mr. Moore has authored several legal articles on drug litigation, class actions and other topics of current interest, which have been published nationally in Linex Systems, Product Liability Law360, Health Lawyers Weekly, and HealthLaw360.

Before founding a law firm, Mr. Moore spent several years as an attorney with a large international law firm.

Mr. Moore is a 2009 graduate of New York Law School, and a 2004 graduate of the University of Connecticut.

Mr. Moore is admitted in the State, Commonwealth, and Federal courts of Connecticut, New York, Pennsylvania, U.S. District Court for the Eastern District of Pennsylvania, U.S. District Court for the Southern District of New York, and the U.S. District Court for the District of Connecticut

**Justin Kuehn**

Mr. Kuehn has extensive experience in securities and consumer class actions, as well as, corporate and complex commercial litigation matters. Prior to co-founding Moore Kuehn, Mr. Kuehn spent the prior decade at top New York City litigation boutique Bragar, Eagel and Squire, P.C. where he focused on class action, shareholder, and D&O lawsuits to hold corporations and their agents responsible for securities law violations and breaches of fiduciary duties.

Mr. Kuehn has represented shareholders and creditor trusts in securities and derivative actions against companies, their officers, and boards of directors to compel the adoption of corporate governance reforms, and recover losses stemming from false statements, mismanagement, and related party transactions. Mr. Kuehn previously worked on a record-breaking case that led to the largest cash derivative settlement in the history of the Delaware Court of Chancery, the preeminent forum for shareholder derivative litigation.

Mr. Kuehn has also pursued claims on behalf of student loan borrowers against some of the largest banks and student loan servicers in the country for the mismanagement and erroneous servicing of loans. Mr. Kuehn's investigations into student loan servicers, received a broad spectrum of media coverage, including by ABC News. Mr. Kuehn also spoke about this case at the conference "Stacking the Debt: Consumer Rights in the Financial Marketplace," held at Russell Senate Office Building – U.S. Senate (honorary host: Senator Al Franken).

# Moore Kuehn

In addition to representing plaintiffs in securities and other class action litigation, Mr. Kuehn has defended companies and individuals in business tort matters with claims of defamation, misrepresentation, breach of contract, unjust enrichment, and employment law violations.

Mr. Kuehn is a 2007 graduate of The George Washington University Law School. He received a B.A. in Economics from Trinity College in 2004, where he was inducted into the Phi Gamma Mu Social Sciences Honor Society.

Mr. Kuehn is admitted in New York State, the United States District Courts of the Southern, Eastern, and Northern Districts of New York, and the Second Circuit Court of Appeals.