POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Movant Cameron Wyatt and Proposed Lead Counsel for the Class*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>                    Defendants. | Case No. 2:23-cv-01165-KM-LDW<br><br>NOTICE OF MOTION OF CAMERON WYATT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>Motion Date: June 5, 2023 |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Cameron Wyatt ("Wyatt"), by and through his counsel, will and does hereby move this Court, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Wyatt as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants who invested in a BlockFi, Inc. Interest Account between March 4, 2019 and November 28, 2022, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  May 1, 2023                             Respectfully submitted,

                                                POMERANTZ LLP

                                                /s/ Thomas H. Przybylowski
                                                Thomas H. Przybylowski
                                                Jeremy A. Lieberman
                                                (pro hac vice application forthcoming)
                                                J. Alexander Hood II
                                                (pro hac vice application forthcoming)
                                                600 Third Avenue, 20th Floor
                                                New York, New York 10016
                                                Telephone: (212) 661-1100
                                                Facsimile: (917) 463-1044
                                                tprzybylowski@pomlaw.com
                                                jalieberman@pomlaw.com
                                                ahood@pomlaw.com

*Counsel for Movant Cameron Wyatt and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movant Cameron Wyatt*