UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC<br><br>Defendants. | Case No. 2:23-CV-01165-KM-LDW<br><br>CLASS ACTION<br><br>MOTION DATE: June 5, 2023 |

NOTICE OF MOTION AND MOTION OF YACOV BARON
FOR APPOINTMENT AS LEAD PLAINTFF
AND APPROVAL OF HIS SELECTION OF COUNSEL

**PLEASE TAKE NOTICE** that on June 5, 2023, or on such other date and time as the Court may set, putative class member Yacov Baron ("Movant"), by his counsel, will and hereby does respectfully move this Court, before the Hon. Kevin McNulty, U.S.D.J., at the Courthouse Two Federal Square, Courtroom PO 04, Newark, New Jersey for entry of an Order: (1) appointing Movant as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B) and § 78u-4(a)(3)(B); (2) approving Movant's selection of the Law Firms of Kantrowitz, Goldhamer & Graifman, P.C. and Longman Law, P.C. as co-lead counsel; and (3) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits herewith (1) accompanying Memorandum of Law; (2) the Declaration of Howard T. Longman, Esq., with exhibits; and (3) a [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of Lead Counsel.

Dated: May 1, 2023                    Respectfully submitted,

                                              LONGMAN LAW, P.C.

                                    By: _____
                                              Howard T. Longman, Esq.
                                              354 Eisenhower Parkway, Suite 1800
                                              Livingston, N.J. 07039
                                              Tel: (973) 994-2315
                                              Fax: (973) 994-2319
                                              hlongman@longman.law


                                              KANTROWITZ GOLDHAMER
                                              & GRAIFMAN, P.C.

                                              By: _____
                                              Gary S. Graifman
                                              135 Chestnut Ridge Road, Suite 200
                                              Montvale, NJ 07645
                                              T: 201-391-7000, x134
                                              F: 201-307-1086
                                              GGraifman@kgglaw.com

                                        ***Attorneys for Movant Yacov Baron***