# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>                        Defendants. | Case No.: 2:23-cv-01165<br><br>**NOTICE OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL PURSUANT TO PSLRA 15 U.S.C. §78u-4(a)(3)(8)** |

PLEASE TAKE NOTICE that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, Movants hereby move this Court, on a date and at a time to be designated by the Court for an order:

a) Appointing Pham Duy Anh, Dang to serve as Co-Lead Plaintiff as a Member in a Group with movants Trey Greene ("Greene") and Arman Reyes ("Reyes") (collectively "Movants") pursuant to the Greene and Reyes motion for lead plaintiff as filed in ECF No. 6; and

b) approving Movants' selection of Squitieri & Fearon LLP and Moore Kuehn PLLC for Co-Lead Counsel for the Class.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated May 1, 2023, and (ii) the Declaration of Lee Squitieri in support of the motion (and exhibits).

DATED:     May 1, 2023           **SQUITIERI & FEARON, LLP**

                                      */s/ Lee Squitieri*
                                      Olimpio Lee Squitieri
                                      305 Broadway
                                      7th Floor
                                      New York, New York 10007

Tel: (212) 421-6492
Fax: (212) 421-6553
Email:  lee@sfclasslaw.com

**MOORE KUEHN PLLC**
Fletcher Moore (pro hac vice forthcoming)
Justin Kuehn (pro hac vice forthcoming)
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 709-8245
Fax: (917) 634-3035
fmoore@moorekuehn.com
jkuehn@moorekuehn.com

*Attorneys for Movants*