# EXHIBIT A

# Squitieri & Fearon LLP and Moore Kuehn PLLC File Class Action Suit Against BlockFi, Inc. founder Zac Prince, et al.



NEWS PROVIDED BY
**Moore Kuehn, PLLC →**
Mar 01, 2023, 01:38 ET

NEW YORK, March 1, 2023 /PRNewswire/ -- Squitieri & Fearon LLP and Moore Kuehn PLLC today filed a class action to represent stockholders of BlockFi, Inc. ("BlockFi") who purchased their BlockFi unregistered BlockFi Interest Accounts ("BIAs") between March 4, 2019 and November 10, 2022 (the "Class Period").

This class action was filed in the District of New Jersey captioned *Trey Greene, Individually and on Behalf of All Others Similarly Situated v. Zac Prince, et al.*, Case No. 2:23-cv-01165 ("the *BlockFi* action").

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased BIAs during the Class Period to seek lead plaintiff in the *BlockFi* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *BlockFi* action.

The lead plaintiff can select their law firm to litigate the *BlockFi* action. An investor's ability to share in potential future recovery of the *BlockFi* action is independent upon serving as lead plaintiff. If you seek lead plaintiff in the *BlockFi* action, you must move the Court no later than 60 days from February 28, 2023. If you wish to discuss the *BlockFi* action or have questions concerning this notice, please contact plaintiff's counsel, Lee Squitieri of Squitieri & Fearon LLP at (212) 421-6492 or via e-mail at lee@sfclasslaw.com or Fletcher Moore of Moore Kuehn PLLC at (212) 709-8245 or via e-mail at fmoore@moorekuehn.com

The *BlockFi* action charges BlockFi officers with violations of securities laws. The complaint alleges class members were sold unregistered securities by the crypto company BlockFi, Inc., a company controlled by Defendants Zac Prince, Flori Marquez, Tony Laura, and Jennifer Hill (collectively "BFI Defendants"). The unregistered securities sold by the BFI Defendants were marketed and sold via misrepresentations and material omissions over several years and through intermittent misrepresentations by Defendant Gemini Trading LLC.

Prince's and Marquez's misrepresentations about BlockFi started to unravel when, among other things, California's financial regulator revoked BlockFi's lending license for failure to comply with California loan underwriting standards concerning the creditworthiness of borrowers and their ability to repay loans. Thereafter, additional disclosures established the extent and materiality of Prince and Marquez' misrepresentations during the Class Period.

Squitieri & Fearon represents investors in securities litigation. Squitieri & Fearon attorneys are consistently recognized by courts, organizations and the media as leading lawyers in the industry. Please visit http://www.sfclasslaw.com.

Contact:

Squitieri & Fearon

Lee Squitieri (212) 421-6492

lee@sfclasslaw.com

or

Moore Kuehn

Fletcher Moore (212) 709-8245

fmoore@moorekuehn.com

SOURCE Moore Kuehn, PLLC