# EXHIBIT B

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Pham Duy Anh, Dang ("Movant") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Class Action Complaints in *Trey Greene, Individually and on Behalf of All Others Similarly Situated v. Zac Prince, et al.*, Case No. 2:23-cv-01165 and *Elas* v. *Zac Prince, et al.*, 23-cv- 10422 (U.S.D.C. D. Mass.) and authorize the filing of a motion to be appointed lead plaintiff and for my counsel to be appointed lead counsel for me as lead plaintiff in that action.

2. I did not purchase the securities that are the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action or any action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class described in *Greene* and *Elas*, including providing testimony at deposition and trial, if necessary, and I am willing to serve as a lead plaintiff either individually or cooperate as part of a group of lead plaintiffs, a lead plaintiff being a representative party who acts on behalf of other class members in directing the action.

4. I was at all relevant times an investor in BlockFi accounts.

5. I invested no less than $2,243,602.06 during the Class Period into my BlockFi account. In addition, my losses include accrued but un-credited interest at the rate of 9% per annum on the total of the balances in my accounts with the total amount subject to discovery. Attached as Exhibit A is a true and correct copy of my BlockFi account statement and BlockFi transaction history.

6. My assets are frozen and unavailable and their worth is indeterminate and was being valued at zero for the purposes of estimating my losses here.

7. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of any class.

8. I agree not to accept any payment for serving as a representative party on behalf of class as set forth in the *Greene* and *Elas* Complaints, beyond my pro rata share of any recovery, except such reasonable costs and expense directly relating to the representation of the class as ordered or any amount approved by the Court.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of May, 2023

*Pham Duy Anh Dang*
—55175E3E21F0411...
DocuSigned by:

Pham Duy Anh, Dang



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

## December 2021  BlockFi Interest Account Statement

| | |
|---|---|
| **Name** | Pham Duy Anh Dang |
| **Email** | anik657@gmail.com |
| **Address** | SH41.06 |
| | Ho Chi Minh, Ho Chi Minh 700000 VN |
| **Account ID** | |
| **Flex Selection** | --- |
| **Month Ending** | December 31, 2021 |

You earned approximately
**$6,793.65 *** worth of crypto.

| Crypto Prices* | Interest Earned | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|---|
| **1 ETH** $3,682.63 | 0.00965818 $35.57 | 0 | 0 | 13.33273029 $49,099.51 |
| **1 USDT** $1.00 | 6,758.08091148 $6,758.08 | 0 | 0 | 2,194,502.54917848 $2,194,502.55 |
| **Total*** in USD | **$6,793.65** | **$0.00** | **$0.00** | **$2,243,602.06** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

| Cryptocurrency | Amount | Transaction type | Confirmed |
| --- | --- | --- | --- |
| USDT | 50000 | Deposit | Fri, Dec 17, 2021, 4:30 PM |
| USDT | 950000 | Deposit | Fri, Dec 17, 2021, 4:44 PM |
| USDT | 980000 | Deposit | Fri, Dec 17, 2021, 4:53 PM |
| USDT | 20000 | Deposit | Fri, Dec 17, 2021, 4:59 PM |
| USDT | 102768 | Deposit | Mon, Dec 20, 2021, 9:10 AM |
| USDT | 84976 | Deposit | Mon, Dec 20, 2021, 1:46 PM |
| ETH | 13.323 | Deposit | Fri, Dec 17, 2021, 4:57 PM |
| USDT | 49965 | Deposit | Sat, Jan 22, 2022, 6:01 PM |
| USDT | 749965 | Deposit | Sat, Jan 22, 2022, 6:19 PM |
| USDT | 739965 | Deposit | Mon, Jan 24, 2022, 8:25 PM |
| BUSD | 40000 | Deposit | Mon, Jan 24, 2022, 8:27 PM |
| USDC | 40040 | Deposit | Mon, Jan 24, 2022, 8:31 PM |
| BUSD | 51800 | Deposit | Thu, Jan 27, 2022, 6:03 PM |
| BTC | 0.012 | Deposit | Mon, Jan 31, 2022, 1:08 PM |
| BUSD | -51000 | Trade | Tue, Feb 8, 2022, 1:35 AM |
| ETH | 15.94224122 | Trade | Tue, Feb 8, 2022, 1:35 AM |
| USDT | 400000 | Withdrawal | Tue, Feb 8, 2022, 5:09 AM |
| USDT | 500000 | Withdrawal | Wed, Feb 23, 2022, 7:49 PM |
| BTC | 1.7 | Deposit | Sat, Feb 5, 2022, 1:50 PM |
| BTC | 4.15 | Deposit | Sat, Feb 12, 2022, 9:26 PM |
| USDT | 500000 | Withdrawal | Tue, Mar 29, 2022, 8:28 PM |
| USDT | 700000 | Withdrawal | Thu, Mar 31, 2022, 10:31 PM |
| BTC | 0.998 | Deposit | Wed, Apr 27, 2022, 8:58 AM |
| USDT | 80000 | Withdrawal | Tue, Jul 12, 2022, 3:20 PM |
| USDT | 90000 | Withdrawal | Tue, Aug 2, 2022, 2:27 PM |
| USDT | 40000 | Withdrawal | Mon, Sep 5, 2022, 2:36 PM |

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, **Trey Greene** ("Movant") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Class Action Complaint in *Elas v. Zac Prince, et al.*, 23-cv-10422 (U.S.D.C. D. Mass.) and authorize the filing of a motion to be appointed lead plaintiff and for his counsel to be appointed lead counsel for me as lead plaintiff in that action.

2. I did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class described in *Elas*, including providing testimony at deposition and trial, if necessary, and I am willing to serve as a lead plaintiff either individually or cooperate as part of a group of lead plaintiffs, a lead plaintiff being a representative party who acts on behalf of other class members in directing the action.

4. I was at all relevant time an investor in BlockFi accounts.

5. In total, I invested $1,586,492.00 in BlockFi via transfer of funds and re-invested over approximately $200,000.00 in earned credited interest on my BlockFi accounts and re-invested approximately $200,000.00 of capital gains on my BlockFi assets back into BlockFi without ever effecting any withdrawals out of BlockFi. In addition, my losses include accrued but un-credited interest at the rate of 9% per annum on the total of the balances in my accounts with the total amount subject to discovery. My assets are frozen and unavailable and their worth is indeterminate and was being valued at zero for the purposes of estimating my losses here.

1

6. During the three-year period preceding the date on which this Certification is signed, I have sought to serve as a representative party on behalf of a class under the federal securities laws in *Greene v. Prince, et al.*, 23-cv-01165 (U.S.D.C. D.N.J.).

7. I agree not to accept any payment for serving as a representative party on behalf of class as set forth in the *Elas* Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expense directly relating to the representation of the class as ordered or any amount approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4/26/2023

Executed this ___ day of April, 2023

_____
Trey Greene

2

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, **Arman Reyes** ("Movant") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Class Action Complaints in T*rey Greene, Individually and on Behalf of All Others Similarly Situated v. Zac Prince, et al.*, Case No. 2:23-cv-01165 and *Elas* v. *Zac Prince, et al.,* 23-cv- 10422 (U.S.D.C. D. Mass.) and authorize the filing of a motion to be appointed lead plaintiff and for my counsel to be appointed lead counsel for me as lead plaintiff in that action.

2. I did not purchase the securities that are the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action or any action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class described in *Greene* and *Elas*, including providing testimony at deposition and trial, if necessary, and I am willing to serve as a lead plaintiff either individually or cooperate as part of a group of lead plaintiffs, a lead plaintiff being a representative party who acts on behalf of other class members in directing the action.

4. I was at all relevant time an investor in BlockFi accounts.

5. In total, I invested $ 460,000   in BlockFi via transfer of funds and sustained approximately $       492,000         in losses. In addition, my losses include accrued but un-credited interest at the rate of 9% per annum on the total of the balances in my accounts with the total amount subject to discovery.  Attached as Exhibit A is a spreadsheet of my BlockFi transaction history.

6. My assets are frozen and unavailable and their worth is indeterminate and was being valued at zero for the purposes of estimating my losses here.

7. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of any class.

8. I agree not to accept any payment for serving as a representative party on behalf of class as set forth in the *Greene* and *Elas* Complaints, beyond my pro rata share of any recovery, except such reasonable costs and expense directly relating to the representation of the class as ordered or any amount approved by the Court.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _ day of April, 2023

/s/ Arman Reyes
Arman Reyes

| Cryptocurrency | BTC Amount | ETH Amount | GUSD Amount | Transaction Type | Confirmed At | Price | Deposits/Withdrawals | Interest/Re-Investment* |
|---|---|---|---|---|---|---|---|---|
| BTC | 0.02183795 | | | Interest Payment | 10/31/2022 23:59 | $20,495.77 | | $447.59 |
| GUSD | | | 733.86 | Bonus Payment | 10/20/2022 23:43 | | | |
| BTC | 0.0196564 | | | Interest Payment | 9/30/2022 23:59 | $19,431.79 | | $381.96 |
| BTC | 0.02174308 | | | Interest Payment | 8/31/2022 23:59 | $20,049.76 | | $435.94 |
| BTC | 0.0208404 | | | Interest Payment | 7/31/2022 23:59 | $23,336.90 | | $486.35 |
| BTC | 0.00233191 | | | Interest Payment | 6/30/2022 23:59 | $19,784.73 | | $46.14 |
| BTC | 0.00264221 | | | Interest Payment | 5/31/2022 23:59 | $31,792.31 | | $84.00 |
| BTC | 0.00300234 | | | Interest Payment | 4/30/2022 23:59 | $37,714.88 | | $113.23 |
| BTC | 0.00320735 | | | Interest Payment | 3/31/2022 23:59 | $45,538.68 | | $146.06 |
| BTC | 0.0028284 | | | Interest Payment | 2/28/2022 23:59 | $43,193.23 | | $122.17 |
| BTC | 0.00309837 | | | Interest Payment | 1/31/2022 23:59 | $38,483.13 | | $119.23 |
| ETH | | 4.7703669 | | Crypto Transfer | 1/4/2022 16:51 | $3,857.68 | $18,402.55 | |
| BTC | 0.00715479 | | | Interest Payment | 12/31/2021 23:59 | $46,306.45 | | $331.31 |
| ETH | | -0.015 | | Withdrawal Fee | 12/30/2021 17:27 | | | |
| ETH | | -4.735 | | Withdrawal | 12/30/2021 17:27 | $3,710.08 | ($17,567.23) | |
| BTC | 0.0067909 | | | Interest Payment | 11/30/2021 23:59 | $57,005.43 | | $387.12 |
| BTC | 0.00646581 | | | Interest Payment | 10/31/2021 23:59 | $61,318.96 | | $396.48 |
| BTC | 0.00617022 | | | Interest Payment | 9/30/2021 23:59 | $43,790.89 | | $270.20 |
| ETH | | 0.39607246 | | Crypto Transfer | 9/14/2021 2:37 | $3,436.05 | $1,360.92 | |
| ETH | | -0.4 | | Withdrawal | 9/13/2021 19:55 | $3,285.40 | ($1,314.16) | |
| ETH | | -0.02 | | Withdrawal Fee | 9/13/2021 19:55 | | | |
| ETH | | -0.75 | | Withdrawal | 9/13/2021 19:55 | $3,285.40 | ($2,464.05) | |
| BTC | 0.01211652 | | | Interest Payment | 8/31/2021 23:59 | $47,166.69 | | $571.50 |
| BTC | 0.01129536 | | | Interest Payment | 7/31/2021 23:59 | $41,626.23 | | $470.18 |
| BTC | 0.02110037 | | | Interest Payment | 6/30/2021 23:59 | $35,040.84 | | $739.37 |
| BTC | 0.02311338 | | | Interest Payment | 5/31/2021 23:59 | $37,332.86 | | $862.89 |
| BTC | 0.03294938 | | | Interest Payment | 4/30/2021 23:59 | $57,750.18 | | $1,902.83 |
| BTC | 0.02182923 | | | Interest Payment | 3/31/2021 23:59 | $58,918.83 | | $1,286.15 |
| ETH | | 50.04649362 | | Crypto Transfer | 3/10/2021 21:52 | $1,803.88 | $90,277.87 | |
| ETH | | 50 | | Crypto Transfer | 3/10/2021 21:37 | $1,806.66 | $90,333.00 | |
| BTC | 2.00180387 | | | Crypto Transfer | 3/10/2021 21:21 | $55,884.60 | $111,870.01 | |
| BTC | 2 | | | Crypto Transfer | 3/10/2021 20:48 | $56,284.48 | $112,568.96 | |
| BTC | 1 | | | Crypto Transfer | 3/10/2021 20:38 | $56,502.02 | $56,502.02 | |
| BTC | 5.00E-08 | | | Interest Payment | 2/28/2021 23:59 | $45,137.77 | | $0.00 |
| BTC | 0.00010024 | | | Crypto Transfer | 2/23/2021 17:16 | $47,553.62 | $4.77 | |
| **Total Crypto Assets** | **5.25207853** | **99.29293298** | **733.86** | | **Total Initial Deposits** | | **$459,974.66** | **$9,600.71** |

*All interest awarded set up to re-invest into BTC automatically

NOTE: All crypto assets were purchased prior to opening a BlockFi BIA account. All assets were transferred into a BIA account per the transaction dates above.

| Annual Interest: | 9% |
|---|---|
| Total value | $470,309.23 |

| 6 months (Nov-Apr) | |
|---|---|
| Nov-22 | $473,836.55 |
| Dec-22 | $477,390.32 |
| Jan-23 | $480,970.75 |
| Feb-23 | $484,578.03 |
| Mar-23 | $488,212.37 |
| Apr-23 | $491,873.96 |