# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 2:23-cv-01165 |

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL

Upon good cause shown, IT IS HEREBY ORDERED THAT:

1. The Motion for Movants Appointment as Lead Plaintiffs and Approval of Selection of Counsel is granted.

2. Pham Duy Anh, Dang, Trey Greene and Arman Reyes are hereby appointed as Lead Plaintiffs for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

3. Squitieri & Fearon LLP and Moore Kuehn PLLC are hereby appointed as Lead Counsel for the proposed Class.

SO ORDERED:

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE