Thomas H. Przybylowski
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: tprzybylowski@pomlaw.com

*Counsel for Cameron Wyatt*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated, | Case No. 2:23-cv-01165-KM-LDW |
| Plaintiff, | **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JEREMY A. LIEBERMAN** |
| v. | |
| ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that on a date determined by the Court, counsel for Cameron Wyatt ("Movant"), will move before the Honorable Kevin McNulty of the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for an order, pursuant to Local Civil Rule 101.1(c), admitting Jeremy A. Lieberman to appear and participate *pro hac vice* in the above-captioned action.

{00549829;1 }                                      1

PLEASE TAKE FURTHER NOTICE that Movant will rely upon the annexed Certification of Thomas H. Przybylowski and Declaration of Jeremy A. Lieberman in support of this motion. No brief is necessary because the law in this area is well settled.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants and Counsel for Defendants have not yet appeared in this action, so, Movants cannot state the position of Defendants with respect to the relief sought in this Motion.

Dated: May _8_, 2023                    Respectfully submitted,

                                        **POMERANTZ LLP**

                                        _____
                                        Thomas H. Przybylowski
                                        600 Third Avenue, 20th Floor
                                        New York, New York 10016
                                        Phone: 212-661-1100
                                        Fax: 917-463-1044
                                        Email: tprzybylowski@pomlaw.com

                                        _Counsel for Cameron Wyatt_