UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>Defendants. | Case No. 2:23-cv-01165-KM-LDW<br><br>**[PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION OF JEREMY A. LIEBERMAN** |

This matter having come before the Court on the application of Pomerantz LLP ["movant"], attorneys for Cameron Wyatt, for the pro hac vice admission of Jeremy A. Lieberman ["counsel"], pursuant to Local Civil Rule 101.1(c); and the Court having considered the certification and the declaration submitted in support of the application, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 101.1 (c)(1); and for good cause shown,

**IT IS ON THIS** _____ day of _____, 20\_\_\_\_\_

**ORDERED** that the application for the *pro hac vice* admission of counsel is granted;

{00549830;1}                                           1

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that the movant shall: (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for an attorney of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that counsel shall make payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which counsel represents the client in this matter; and

**IT IS FURTHER ORDERED** that counsel shall pay $150.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1.(c)(3).

Dated: _____, 2023

 

_____
The Honorable Kevin McNulty
United States District Judge
District of New Jersey