Thomas H. Przybylowski
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: tprzybylowski@pomlaw.com

*Counsel for Cameron Wyatt*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>Defendants. | Case No. 2:23-cv-01165-KM-LDW<br><br>**DECLARATION OF JEREMY A. LIEBERMAN** |

JEREMY A. LIEBERMAN, of full age, declares under penalty of perjury as follows:

1.      I am an attorney licensed to practice in New York and am the Managing Partner of Pomerantz LLP, attorneys for Cameron Wyatt in the above matter. I am fully familiar with the facts contained herein based upon my personal knowledge. I make this Declaration in support of my application to be admitted pro hac vice in the above matter.

2. I am a member in good standing of the courts set forth in Schedule A attached.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction, nor have I ever been the subject of any disciplinary proceedings.

4. Pomerantz LLP, is serving as local counsel on behalf of our client in accordance with L.Civ.R. 101.1(c).

5. I understand that if I am admitted to appear and participate *pro hac vice*:

   (a) I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules, and L.Civ.R. 101.1;

   (b) I shall consent to the disciplinary jurisdiction of this Court and to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

   (c) I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

   (d) I shall have all pleadings, briefs, and other papers filed with the court signed by an attorney of record authorized to practice in this state;

(e) I will pay the $150 fee provided by L.Civ.R. 101.1 and the annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1 :28-2(a) for each calendar year in which this case is pending.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Dated: May   8  , 2023

Respectfully submitted,

**POMERANTZ LLP**

Jeremy A. Lieberman
600 Third Avenue, Floor 20
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

*Counsel for Cameron Wyatt*

## Schedule A - Jeremy A. Lieberman

| Court Name | Date of Admission | Court Address |
|---|---|---|
| Supreme Court, State of New York, Second Department | Wednesday, September 17, 2003 | Supreme Court, State of New York Appellate Division, Second Department 45 Monroe Place Brooklyn, NY 11201 |
| United States District Court, Southern District of New York | Tuesday, January 10, 2006 | U.S. District Court Southern District of New York 500 Pearl Street New York, NY 10007 |
| United States District Court, Eastern District of New York | Tuesday, January 10, 2006 | U.S. District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201 |
| United States Court of Appeals for the Second Circuit | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed) | U.S. Court of Appeals for the Second Circuit 40 Foley Square New York, NY 10007 |
| United States Court of Appeals for the Ninth Circuit | Thursday, March 3, 2011 | U.S. Court of Appeals for the Ninth Circuit 95 7th Street San Francisco, CA 94103 |
| United States District Court, Northern District of Illinois | Friday, August 31, 2012 | U.S. District Court Northern District of Illinois 219 South Dearborn Street Chicago, IL 60604 |
| United States District Court, Southern District of Texas | Tuesday, November 26, 2013 | U.S. District Court Southern District of Texas 515 Rusk Avenue Houston, TX 77002 |

**Schedule A - Jeremy A. Lieberman**

| Court Name | Date of Admission | Court Address |
|---|---|---|
| United States Court of Appeals for the Third Circuit | Friday, January 31, 2014 | U.S. Court of Appeals for the Third Circuit 601 Market Street Philadelphia, PA 19106 |
| United States Court of Appeals for the Tenth Circuit | Wednesday, March 5, 2014 | U.S. Court of Appeals for the Tenth Circuit 1823 Stout Street Denver, CO 80257 |
| United States District Court, District of Colorado | Friday, June 13, 2014 (admitted); Tuesday, September 29, 2020 (renewed) | U.S. District Court District of Colorado 901 19th Street Denver, CO 80294 |
| United States District Court, Eastern District of Michigan | Thursday, June 19, 2014 | U.S. District Court Eastern District of Michigan 231 W. Lafayette Blvd. Detroit, MI 48226 |
| United States Court of Appeals for the Sixth Circuit | Friday, January 30, 2015 | U.S. Court of Appeals for the Sixth Circuit 100 East Fifth Street Cincinnati, Ohio 45202 |
| United States Court of Appeals for the Fourth Circuit | Thursday, June 11, 2015 | U.S. Court of Appeals for the Fourth Circuit 1100 East Main Street Richmond, VA 23219 |
| United States Court of Appeals for the Eleventh Circuit | Wednesday, April 6, 2016 | U.S. Court of Appeals for the Eleventh Circuit 56 Forsyth Street, N.W. Atlanta, Georgia 30303 |

## Schedule A - Jeremy A. Lieberman

| Court Name | Date of Admission | Court Address |
|------------|-------------------|---------------|
| Supreme Court of the United States | Monday, November 27, 2017 | Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543 |
| United States District Court, Northern District of New York | Tuesday, March 26, 2019 | U.S. District Court<br>Northern District of New York<br>445 Broadway<br>Albany, NY 12207 |
| United States Court of Appeals for the First Circuit | Thursday, June 13, 2019 | U.S. Court of Appeals<br>for the First Circuit<br>1 Courthouse Way<br>Boston, Massachusetts 02210 |
| United States District Court, Western District of New York | Thursday, September 26, 2019 | U.S. District Court<br>Western District of New York<br>2 Niagara Square<br>Buffalo, NY 14202 |
| United States Court of Appeals for the Fifth Circuit | Tuesday, October 6, 2020 | U.S. Court of Appeals<br>For The Fifth Circuit<br>600 Camp Street<br>New Orleans, LA 70130 |
| United States District Court, Eastern District of Wisconsin | Tuesday, November 30, 2021 | United States District Court, Eastern District of Wisconsin<br>United States Federal Building and Courthouse<br>517 E. Wisconsin Ave. Rm. 362<br>Milwaukee, WI 53202 |