Thomas H. Przybylowski
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: tprzybylowski@pomlaw.com

*Counsel for Cameron Wyatt*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>Defendants. | Case No. 2:23-cv-01165-KM-LDW<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May __8__, 2023 a copy of the foregoing was served upon all counsel via the Court's ECF system.

_____
Thomas H. Przybylowski

{00549833;1 }