UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

TREY GREENE,

                      Plaintiff(s),

  v.

ZAC PRINCE, et al.,

                      Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.   23-1165 (KM) (LDW)

---

      Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                                               <u>s/ Thomas H. Przybylowski</u>
                                               Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:    Jeremy A. Lieberman

Address:  Pomerantz LLP

             600 Third Avenue, FL 20

             New York, NY 10016

E-mail:    jalieberman@pomlaw.com
             (One email address only)