UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TREY GREENE, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,**<br><br>    **Defendants.** | Civ. No. 23-cv-01165 (KM) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the competing motions to appoint lead plaintiff and to approve lead counsel filed by Trey Greene and Arman Reyes (DE 6); Cameron Wyatt (DE 7); Antoine Elas (DE 8); Yacov Baron (DE 9); Pham Duy Anh Dang, Trey Greene, and Arman Reyes (the "Dang-Greene Group") (DE 10); and for the reasons discussed in the accompanying Opinion and good cause shown therefor;

**IT IS** this 13th day of October, 2023,

**ORDERED** that the Dang-Greene Group's motion (DE 10) is hereby **GRANTED**; and it is further

**ORDERED** that Pham Duy Anh Dang, Trey Greene, and Arman Reyes are appointed as lead plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995; and it is further

**ORDERED** that Squitieri & Fearon, LLP and Moore Kuehn, PLLC are hereby appointed as co-lead counsel; and it is further

1

**ORDERED** that the motions of the Trey Greene and Arman Reyes (separate from Dang) (DE 6); Cameron Wyatt (DE 7); Antoine Elas (DE 8); and Yacov Baron (DE 9) are **DENIED**.

/s/ Kevin McNulty

_____

**Hon. Kevin McNulty
United States District Judge**