UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>                    Defendants. | Case No.: 2:23-cv-01165-KM-LDW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE COURT'S LEAD PLAINTIF ORDER AND APPOINT AN ADDITIONAL CO-LEAD PLAINTIFF AND CO-LEAD COUNSEL** |

      This matter having come before the Court on the Joint Motion for Relief from Lead Plaintiff Order of Pham Duy Anh, Dang; Trey Greene; Arman Reyes; and Cameron Wyatt, pursuant to Rules 21 and 54(b) of the Federal Rules of Civil Procedure (the "Motion"), and the Court having reviewed and considered the Motion, the memoranda, all papers filed in support of and in opposition to the Motion, and having heard argument of counsel, and for good cause shown,

      **IT IS** on this ___ day of _____, 2023,

      **ORDERED** that the Motion is hereby **GRANTED**; and it is further

      **ORDERED** that, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), the Court's order of October 13, 2023 (ECF No. 15 ("Lead Plaintiff Order") is amended and Pham Duy

{00580914;1}

Anh, Dang; Trey Greene; Arman Reyes; and Cameron Wyatt are appointed as lead plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995; and it is further

**ORDERED** that, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Lead Plaintiff Order is further amended and Pomerantz LLP and Squitieri & Fearon, LLP are appointed as co-lead counsel.

_____
HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

{00580914;1 }