POMERANTZ LLP
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com

*Counsel for Co-Lead Plaintiffs and
Co-Lead Counsel for the Class*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREY GREENE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>                    Defendants. | Case No. 2:23-cv-01165-CCC-LDW<br><br>NOTICE OF UNOPPOSED MOTION OF CO-LEAD PLAINTIFFS FOR CONSOLIDATION OF RELATED ACTIONS<br><br>Motion Date: April 1, 2024 |

| | |
|---|---|
| ANTONIE ELAS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ZAC PRINCE, FLORI MARQUEZ, TONY LAURA, JENNIFER HILL and GEMINI TRADING, LLC,<br><br>        Defendant(s) | Case No. 2:24-cv-01050-CCC-LDW |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Cameron Wyatt ("Wyatt") and Pham Duy Anh, Dang; Trey Greene; and Arman Reyes (collectively, the "Greene Plaintiffs" and, together with Wyatt, "Co-Lead Plaintiffs"), through their undersigned counsel, will and do hereby move this Court, pursuant to Federal Rule of Civil Procedure 42, for an Order consolidating the above-captioned related actions.

Dated:  February 26, 2024                                Respectfully submitted,

POMERANTZ LLP

/s/ Brian Calandra
Brian Calandra
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com
jalieberman@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs and the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Cameron Wyatt*

1

SQUITIERI & FEARON, LLP
Lee Squitieri
305 Broadway, 7th Floor
New York, New York 10007
(212) 421-6492
lee@sfclasslaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs and the Class*

MOORE KUEHN, PLLC
Fletcher Moore
Justin Kuehn
30 Wall Street, 8th Floor
New York, New York 10005
(212) 709-8245
fmoore@moorekuehn.com
jkuehn@moorekuehn.com

*Additional Counsel for Lead Plaintiffs*