## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BLOCKFI, INC. SECURITIES LITIGATION | Case No. 2:23-cv-01165-CCC-LDW |
| THIS DOCUMENT RELATES TO: | ALL ACTIONS |

### NOTICE OF LEAD PLAINTIFFS'
### UNOPPOSED MOTION FOR PRELIMINARY
### APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Pham Duy Anh, Dang; Trey Greene; Arman Reyes; and Cameron Wyatt (collectively, "Plaintiffs"), through the Plaintiffs' Counsel, on behalf of themselves and the Settlement Class, hereby moves this Court under Federal Rule of Civil Procedure 23 for the entry of an order (the "Proposed Order"), substantially in the form attached as Exhibit A to the Stipulation of Settlement dated February 3, 2025 (the "Settlement Stipulation"):

1. preliminarily approving the proposed settlement as set forth in the Settlement Stipulation, attached as Exhibit 1 to the Declaration of Brian Calandra in support of this Motion ("Calandra Declaration"), resolving this Action against all Defendants in exchange for the payment of $13.25 million for the benefit of the Settlement Class;

2. preliminarily certifying a class (the "Settlement Class"), for settlement purposes only, of all Persons or entities who invested, deposited, or

otherwise acquired assets in BlockFi Interest-Bearing Accounts between January 1, 2019 to November 28, 2022, both dates inclusive and the Plaintiffs as Class Representatives on behalf of the Settlement Class;

3. appointing the BlockFi Wind-Down Debtors, under the oversight and control of the court-appointed Plan Administrator and Oversight Board, as Claims Administrator;

4. approving the form and manner of disseminating notice to the Settlement Class;

5. scheduling a hearing to consider final approval of the Settlement and an award of attorneys' fees and expenses and a compensatory award to the Plaintiffs; and

6. setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of the Plaintiffs' Counsel's motion for final approval of the Settlement and application for attorneys' fees and expenses and a compensatory award to the Plaintiffs.

Plaintiffs base this Unopposed Motion on this Notice of Motion, the Calandra Declaration, the Settlement Stipulation and all exhibits attached thereto, and

Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

The Defendants do not oppose the relief that the Plaintiffs seek. Accordingly, the Plaintiffs request that this Court enter the Proposed Order.

Dated:  February 4, 2025

**POMERANTZ LLP**

By: *Brian Calandra*

Brian Calandra
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com

**SQUITIERI & FEARON, LLP**
Lee Squitieri
305 Broadway, 7th Floor
New York, New York 10007
(212) 421-6492
Email: lee@sfclasslaw.com

***Co-Lead Counsel for Lead Plaintiffs Cameron Wyatt, Trey Greene, Pham Duy Anh Dang, and Arman Reyes***

**ANDREWS DEVALERIO LLP**
Daryl Andrews
Glen DeValerio
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: (617) 999-6473
E-mail: daryl@andrewsdevalerio.com
E-mail: glen@andrewsdevalerio.com

*Additional Counsel for Lead Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein, Esq.
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
E-mail: peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Cameron Wyatt*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of February 2025, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brian Calandra*
Brian Calandra