UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BLOCKFI, INC. SECURITIES LITIGATION | Case No. 2:23-cv-01165-CCC-LDW |
| THIS DOCUMENT RELATES TO: | ALL ACTIONS |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Cameron Wyatt ("Wyatt"), Trey Greene ("Greene"), Pham Duy Anh Dang ("Dang"), and Arman Reyes ("Reyes," and, together with Wyatt, Greene, and Dang, "Plaintiffs"), will move this Court on December 11, 2025, at 11:00 a.m. at the United States District Court for the District of New Jersey, Honorable Claire C. Cecchi, U.S.D.J., Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5B, Newark, NJ 07101, by way of a Final Approval Hearing (*see* ECF No. 50), for an Order to: (1) approve the Settlement as final; (2) certify the Class; (3) approve the Notice Plan; and (4) approve the Plan of Allocation. In support thereof, Plaintiffs file the accompanying Memorandum of Law. A [Proposed] Order with respect to both this Motion and the Motion for an Award of Attorneys' Fees and Expenses and Compensatory Awards for Plaintiffs will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

1

Dated: November 6, 2025

**POMERANTZ LLP**

By: */s/ Brian Calandra*

Brian Calandra
Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: bcalandra@pomlaw.com
  jalieberman@pomlaw.com

*Co-Lead Counsel for Lead Plaintiff Cameron Wyatt*

**SQUITIERI & FEARON, LLP**
Lee Squitieri
205 Hudson Street, 7th Floor
New York, New York 10013
(212) 421-6492
Email: lee@sfclasslaw.com

*Co-Lead Counsel for Lead Plaintiffs Trey Greene, Pham Duy Anh Dang, and Arman Reyes*

**ANDREWS DEVALERIO LLP**
Daryl Andrews
Glen DeValerio
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: (617) 999-6473
E-mail: daryl@andrewsdevalerio.com
E-mail: glen@andrewsdevalerio.com

*Additional Counsel for Lead Plaintiffs*

**BRONSTEIN, GEWIRTZ &**

                                **GROSSMAN, LLC**
Peretz Bronstein, Esq.
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
E-mail: peretz@bgandg.com

*Additional Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brian Calandra*
Brian Calandra
