UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: December 4, 2025

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA C. MORALES

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 23-cv-1165 (CCC)

Title of Case:  GREENE v. PRINCE, et al.

Appearances:   Brian Calandra, Dan Gold & Lee Squitieri, Esqs. on behalf of Plaintiffs
Maureen Coghlan & Jeremy Lieberman, Esqs. on behalf of Defendant

**NATURE OF PROCEEDINGS**:  Final Approval Hearing

Hearing on [DE#53] MOTION for *Final Approval of Class Action Settlement*
Order to Follow.

Time Commenced:   2:00  p.m.              Time Adjourned: 4:30 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk